TROUTMAN PEPPER LOCKE LLP
Chad Fuller (SBN 190830)
chad.fuller@troutman.com
11682 El Camino Real, Suite 400
San Diego, CA 92130
Telephone:    858.509.6000
Facsimile:    858.509.6040

TROUTMAN PEPPER LOCKE LLP
Michael T. Gluk (SBN 326670)
michael.gluk@troutman.com
Three Embarcadero Center, Suite 800
San Francisco, CA 94111
Telephone:    415.477.5715
Facsimile:    415.477.5710

Attorneys for Defendant
Elevance Health, Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IMAGINE 360 ADMINISTRATORS, LLC,<br><br>                    Plaintiff,<br><br>        vs.<br><br>ELEVANCE HEALTH, INC.,<br><br>                    Defendant. | Case No.<br><br>**DEFENDANT ELEVANCE HEALTH, INC.'S NOTICE OF REMOVAL**<br><br>[Removed from the Superior Court of California, County of Santa Clara; Case No. 26CV497472]<br><br>Complaint Filed:  July 1, 2026<br><br>Removal Filed:    August 12, 2026 |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN**

**DISTRICT OF CALIFORNIA, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Pursuant to 28 U.S.C. §§ 1332 and 1441, defendant Elevance Health, Inc. ("Defendant" or "Elevance") hereby removes this action from the Superior Court of California, County of Santa Clara, to the United States District Court for the Northern District of California, San Jose Division, and states that removal is proper for the reasons stated below.

**TIMELINESS AND COMPLIANCE WITH PROCEDURAL REQUIREMENTS**

1.    Plaintiff Imagine360 Administrators, LLC ("Plaintiff") filed this case in the Superior Court of California, County of Santa Clara on July 1, 2026, Case No. 26CV497472, captioned *Imagine360 Administrators v. Elevance Health, Inc.* (the "State Court Action").

TROUTMAN PEPPER LOCKE LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130

2.    Defendant was served was served with the Complaint on July 14, 2026. A copy of all "process, pleadings, and orders" received by Defendant in the State Court Action is attached as **Exhibit A**. *See* 28 U.S.C. § 1446(a). Upon information and belief, no other related process, pleadings, or orders have been served.

3.    This Notice of Removal is timely, as it is filed within thirty days of service of the Complaint.  *See* 28 U.S.C. § 1446(b).

4.    Under 28 U.S.C. §§ 84(a) and 1441(a) and Civil L.R. 3-2(e), this action can be removed to this Court because this District and Division embrace the Superior Court of California, Santa Clara County, which is the place in which Plaintiff originally filed the State Court Action.

5.    Promptly upon filing this Notice of Removal, Defendant shall file a Notice of Filing of Notice of Removal, with a copy of the Notice of Removal, with the Superior Court of California, Santa Clara County and will serve a copy thereof on Plaintiff through its counsel, pursuant to 28 U.S.C. § 1446(d).

6.    Elevance is the only named Defendant. Elevance consents to the removal of this action and has been served with process.

7.     The Complaint alleges Elevance failed to pay fees purportedly owed pursuant to a services agreement, and asserts a single cause of action against Elevance for breach of contract. *See* Ex. A at 7–13 ("Compl.").

**GROUNDS FOR REMOVAL**

8.     Under 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

9.    This Court's subject matter jurisdiction and the basis for removal are founded upon diversity of citizenship of the parties pursuant to 28 U.S.C. § 1332(a), which states, in relevant part, that "[t]he district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between…(1) citizens of different States…."

TROUTMAN PEPPER LOCKE LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130

10.     Removal is justified because there is complete diversity among the parties. Defendant Elevance is an Indiana corporation with its principal place of businesses in Indiana. *See* Ex. A at 8 (Compl. ¶ 8). For diversity purposes, Defendant is a citizen of Indiana.

11.     The Complaint alleges that Plaintiff is a Texas limited liability company with its principal place of business in Pennsylvania. *See* Ex. A at 8 (Compl. ¶ 5).

12.     The citizenship of the LLC members is not alleged. *See Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006) (for purposes of diversity, an LLC has the citizenship of each of its members). On information and belief, Plaintiff's members are citizens of Texas, Florida, and Pennsylvania, but not Indiana.

13.     Based on the foregoing, there is complete diversity because Plaintiff and Defendant are citizens of different states. 28 U.S.C. § 1332. *See also Giannattasio v. McLaren Auto., Inc.*, No. 23-CV-00066-WHO, 2023 WL 3138979, at *4 (N.D. Cal. Mar. 26, 2023) (finding that allegations regarding the parties' citizenship provided a sufficient basis for removal).

14.     Plaintiff has demanded $447,878.22 in its Complaint, plus pre-judgment interest at a rate of 5% per annum. Ex. A at 11, 13 (Compl. ¶ 41 & Prayer for Relief ¶ D). Based on the Complaint's allegations, the amount in controversy exceeds the jurisdictional minimum of $75,000.

15.     Because there is complete diversity and the amount in controversy requirement is satisfied, the Court has subject matter jurisdiction in this case pursuant to 28 U.S.C. §§ 1332 and 1441, and removal is proper.

## VENUE

16.     Removal is made to this Court in accordance with 28 U.S.C. §§ 1441(a) and 1446(a). Venue is proper in this district because the action is currently pending in the Superior Court of the State of California, Santa Clara County, which is within the Northern District of California.

17.     Removal to this Court is also proper pursuant to the Parties' agreement. As alleged in the Complaint, "the agreement at issue provides that the state and federal courts located in Santa Clara County, California shall be the exclusive forum for any litigation concerning the agreement." Ex. A at 8 (Compl. ¶ 9).

TROUTMAN PEPPER LOCKE LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130

- 3 -
NOTICE OF REMOVAL

TROUTMAN PEPPER LOCKE LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130

**RESERVATION OF RIGHTS**

18.    Defendant denies the allegations contained in the Complaint and files this Notice of Removal without waiving any defenses, objections, exceptions, and/or obligations that may exist in its favor in either state or federal court.

19.    Further, Defendant does not concede in any way that (i) Plaintiff has asserted a claim upon which relief can be granted, (ii) that Plaintiff has standing to bring the claim, and/or (iii) that recovery of any of the amounts sought is authorized or appropriate.

20.    Defendant also reserves the right to amend or supplement this Notice of Removal. Further, to the extent any questions arise as to the propriety of the removal of the action, Defendant expressly requests the opportunity to present a brief, oral argument, and any further evidence necessary in support of its position that this action is removable.

WHEREFORE, in accordance with the authorities set forth above, Defendant hereby removes this action from the Superior Court of the State of California for the County of Santa Clara to the United States District Court for the Northern District of California, San Jose Division, and requests such other and further relief as the Court deems appropriate and just.

Dated: August 12, 2026

Respectfully Submitted,

TROUTMAN PEPPER LOCKE LLP

By: */s/ Chad Fuller*
Chad Fuller
Michael Gluk
Attorneys for Defendant
ELEVANCE HEALTH, INC.

NOTICE OF REMOVAL

**CERTIFICATE OF SERVICE**

I hereby certify that on August 12, 2026, a copy of the foregoing **NOTICE OF REMOVAL** was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

Executed on August 12, 2026, at San Diego, CA.

Donald A. Miller                                    Attorney for Plaintiff
Loeb & Loeb LLP                                     IMAGINE 360 ADMINISTRATORS, LLC
10100 Santa Moncia Blvd., Suite 2200
Los Angeles, California 90067
Telephone: (310) 282-2000
Facsimile: (310) 282-2200
dmiller@loeb.com

_/s/ Chad Fuller_
Chad Fuller
Attorney for Defendant
ELEVANCE HEALTH, INC.

TROUTMAN PEPPER LOCKE LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130

- 1 -
CERTIFICATE OF SERVICE